**STEVEN J. ROTHANS – State Bar No. 106579**
**JONATHAN D. REDFORD – State Bar No. 230389**
**CARPENTER, ROTHANS & DUMONT LLP**
**500 South Grand Avenue, 19th Floor**
**Los Angeles, CA 90071**
**(213) 228-0400**
**(213) 228-0401 [Fax]**
**srothans@crdlaw.com; jredford@crdlaw.com**

Attorneys for Defendant CITY OF SOUTH GATE, a public entity
[also erroneously sued herein as "SOUTH GATE POLICE DEPARTMENT"]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE MENDOZA and ARTHUR MENDOZA, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES; CITY OF SOUTH GATE; SOUTH GATE POLICE DEPARTMENT; EDWARD BOLAR; JOSE GONZALEZ; KENNETH HALEY; AARON SOSA; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 2:21-cv-00786-VAP-RAO <br><br> U.S. District Court Judge Virginia A. Phillips <br><br> **DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES** |

COMES NOW Defendant CITY OF SOUTH GATE, a public entity [also erroneously sued herein as "SOUTH GATE POLICE DEPARTMENT"], and hereby submits the following Answer to Plaintiffs ROSEMARIE MENDOZA and ARTHUR MENDOZA's First Amended Complaint for Damages:

## **ADMISSIONS AND DENIALS**

1.      In response to paragraph 1 of the First Amended Complaint, Defendant admits the allegations therein.

2.      In response to paragraph 31 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

3.      In response to paragraph 3 of the First Amended Complaint, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the First Amended Complaint. As such, Defendant generally and specifically denies said allegations, and the whole thereof.

4.      In response to paragraph 4 of the First Amended Complaint, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the First Amended Complaint. As such, Defendant generally and specifically denies said allegations, and the whole thereof.

5.      In response to paragraph 5 of the First Amended Complaint, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the First Amended Complaint. As such, Defendant generally and specifically denies said allegations, and the whole thereof.

6.      In response to paragraph 6 of the First Amended Complaint, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the First Amended Complaint. As such, Defendant generally and specifically denies said allegations, and the whole thereof.

///

///

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

7.      In response to paragraph 7 of the First Amended Complaint, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the First Amended Complaint. As such, Defendant generally and specifically denies said allegations, and the whole thereof.

8.      In response to paragraph 8 of the First Amended Complaint, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the First Amended Complaint. As such, Defendant generally and specifically denies said allegations, and the whole thereof.

9.      In response to paragraph 9 of the First Amended Complaint, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the First Amended Complaint. As such, Defendant generally and specifically denies said allegations, and the whole thereof.

10.     In response to paragraph 10 of the First Amended Complaint, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the First Amended Complaint. As such, Defendant generally and specifically denies said allegations, and the whole thereof.

11.     In response to paragraph 11 of the First Amended Complaint, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the First Amended Complaint. As such, Defendant generally and specifically denies said allegations, and the whole thereof.

///

///

///

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

12.     In response to paragraph 12 of the First Amended Complaint, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the First Amended Complaint. As such, Defendant generally and specifically denies said allegations, and the whole thereof.

13.     In response to paragraph 13 of the First Amended Complaint, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the First Amended Complaint. As such, Defendant generally and specifically denies said allegations, and the whole thereof.

14.     In response to paragraph 14 of the First Amended Complaint, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the First Amended Complaint. As such, Defendant generally and specifically denies said allegations, and the whole thereof.

15.     In response to paragraph 15 of the First Amended Complaint, Defendant admits the allegations therein.

16.     In response to paragraph 16 of the First Amended Complaint, Defendant admits the allegations therein.

17.     In response to paragraph 17 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

18.     In response to paragraph 18 of the First Amended Complaint, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the First Amended Complaint. As such, Defendant generally and specifically denies said allegations, and the whole thereof.

///

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

19.     In response to paragraph 19 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

20.     In response to paragraph 20 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

21.     In response to paragraph 21 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

22.     In response to paragraph 22 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

23.     In response to paragraph 23 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

24.     In response to paragraph 24 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

25.     In response to paragraph 25 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

26.     In response to paragraph 26 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

27.     In response to paragraph 27 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

///

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

28.   In response to paragraph 28 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

29.   In response to paragraph 29 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

30.   In response to paragraph 30 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

31.   In response to paragraph 31 of the First Amended Complaint, Defendant admits that its peace officer employees were required to follow the law but denies the remainder of the allegations therein.

32.   In response to paragraph 32 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

33.   In response to paragraph 33 of the First Amended Complaint, Defendant admits that its peace officer employees were required to follow the law but denies the remainder of the allegations therein.

34.   In response to paragraph 34 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

35.   In response to paragraph 35 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

///
///
///
///

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

36.     In response to paragraph 36 of the First Amended Complaint, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the First Amended Complaint. As such, Defendant generally and specifically denies said allegations, and the whole thereof.

37.     In response to paragraph 37 of the First Amended Complaint, Defendant generally
and specifically denies each and every allegation therein, and the whole thereof.

38.     In response to paragraph 38 of the First Amended Complaint, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the First Amended Complaint. As such, Defendant generally and specifically denies said allegations, and the whole thereof.

39.     In response to paragraph 39 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

40.     In response to paragraph 40 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

41.     In response to paragraph 41 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

42.     In response to paragraph 42 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

43.     In response to paragraph 43 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

44.     In response to paragraph 44 of the First Amended Complaint, Defendant repeats and re-alleges each and every response to paragraphs 1 through 43 of the First Amended Complaint as though fully set forth herein.

45.     In response to paragraph 45 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

46.     In response to paragraph 46 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

47.     In response to paragraph 47 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

48.     In response to paragraph 48 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

49.     In response to paragraph 49 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

50.     In response to paragraph 50 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

51.     In response to paragraph 51 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

52.     In response to paragraph 52 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

///

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

53.     In response to paragraph 53 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

54.     In response to paragraph 54 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

55.     In response to paragraph 55 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

56.     In response to paragraph 56 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

57.     In response to paragraph 57 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

58.     In response to paragraph 58 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

59.     In response to paragraph 59 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

60.     In response to paragraph 60 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

61.     In response to paragraph 61 of the First Amended Complaint, Defendant repeats and re-alleges each and every response to paragraphs 1 through 60 of the First Amended Complaint as though fully set forth herein.

///

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

62.     In response to paragraph 62 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

63.     In response to paragraph 63 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

64.     In response to paragraph 64 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

65.     In response to paragraph 65 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

66.     In response to paragraph 66 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

67.     In response to paragraph 67 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

68.     In response to paragraph 68 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

69.     In response to paragraph 69 of the First Amended Complaint, Defendant repeats and re-alleges each and every response to paragraphs 1 through 68 of the First Amended Complaint as though fully set forth herein.

70.     In response to paragraph 70 of the First Amended Complaint, Defendant admits the allegations therein.

71.     In response to paragraph 71 of the First Amended Complaint, Defendant admits the allegations therein.

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

72.     In response to paragraph 72 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

73.     In response to paragraph 73 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

74.     In response to paragraph 74 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

75.     In response to paragraph 75 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

76.     In response to paragraph 76 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

77.     In response to paragraph 77 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

78.     In response to paragraph 78 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

79.     In response to paragraph 79 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

80.     In response to paragraph 80 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

///

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

81.     In response to paragraph 81 of the First Amended Complaint, Defendant repeats and re-alleges each and every response to paragraphs 1 through 80 of the First Amended Complaint as though fully set forth herein.

82.     In response to paragraph 82 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

83.     In response to paragraph 83 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

84.     In response to paragraph 84 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

85.     In response to paragraph 85 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

86.     In response to paragraph 86 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

87.     In response to paragraph 87 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

88.     In response to paragraph 88 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

89.     In response to paragraph 89 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

///

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

90.     In response to paragraph 90 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

91.     In response to paragraph 91 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

92.     In response to paragraph 92 of the First Amended Complaint, Defendant repeats and re-alleges each and every response to paragraphs 1 through 91 of the First Amended Complaint as though fully set forth herein.

93.     In response to paragraph 93 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

94.     In response to paragraph 94 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

95.     In response to paragraph 95 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

96.     In response to paragraph 95 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

97.     In response to paragraph 97 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

98.     In response to paragraph 98 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

///

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

99.   In response to paragraph 99 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

100.   In response to paragraph 100 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

101.   In response to paragraph 101 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

102.   In response to paragraph 102 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

103.   In response to paragraph 103 of the First Amended Complaint, Defendant generally and specifically denies each and every allegation therein, and the whole thereof.

## **AFFIRMATIVE DEFENSES**

104.   As a first affirmative defense, Defendant asserts that the Plaintiffs' First Amended Complaint, as a whole, fails to state facts sufficient to state claim(s) upon which relief can be granted as against this Defendant, including, but not limited to, claims for Excessive Force, Denial of Medical Care and Substantive Due Process Violation pursuant to 42 U.S.C. § 1983, and Monell-based liability pursuant to 42 U.S.C. § 1983.

105.   As a second affirmative defense, Defendant asserts that this action is barred by the Fourth and Fourteenth Amendments to the United States Constitution.

///

///

106.   As a third affirmative defense, Defendant asserts that the First Amended Complaint, or any purported claim or cause of action alleged therein pursuant to federal or state law, is barred by the applicable statute of limitations.

107.   As a fourth affirmative defense, Defendant asserts that the First Amended Complaint fails to state a civil rights claim against under 42 U.S.C. §§ 1983 [under any legal theory], including but not limited to violations of the Fourth and Fourteenth Amendments to the United States Constitution, and Monell-based liability.

108.   As a fifth affirmative defense, Defendant asserts that any damages which resulted to the Plaintiffs and/or decedent were caused by first parties whose acts were superseding and intervening to any cause relating to this Defendant.

109.   As a sixth affirmative defense, Defendant asserts that any recovery on the Plaintiffs' First Amended Complaint, or any purported claim or cause of action alleged therein, is barred in whole or in part by the Plaintiffs' and/or decedent's failure to mitigate their damages.

110.   As a seventh affirmative defense, Defendant asserts that any and all of the searches and/or seizures referred to in the First Amended Complaint were conducted in good faith and in a reasonable manner and/or with the consent of the decedent.

111.   As an eighth affirmative defense, Defendant asserts that at no time did any individual defendant or any employee of the City of South Gate act with the purpose or intent of violating the civil rights of the Plaintiffs and/or decedent.

112.   As a ninth affirmative defense, Defendant asserts that Plaintiffs have failed to raise sufficient factual allegations of malice, oppression or fraud in order to justify an award or imposition of punitive damages against the individual defendants pursuant to the provisions of California Civil Code § 3294, the Federal Rules of Civil Procedure, and 42 U.S.C. §§ 1983 and 1988.

///

113.   As a tenth affirmative defense, Defendant asserts that at all times mentioned in the Plaintiffs' First Amended Complaint, the unnamed peace officer defendants are entitled to qualified immunity in that the officers acted reasonably and with a good faith belief that they were acting lawfully and as objectively reasonable police officers under all appropriate state and federal laws.

114.   As an eleventh affirmative defense, Defendant asserts that at no time relevant to this litigation were the Plaintiffs and/or decedent deprived of life, liberty or property, thereby depriving the Plaintiffs and/or decedent from maintaining their claims or causes of action for deprivation of civil rights under federal and/or state law.

115.   As a twelfth affirmative defense, Plaintiffs' First Amended Complaint is barred by the equitable doctrine of estoppel, laches and unclean hands.

116.   As a thirteenth affirmative defense, Defendant asserts that Plaintiffs and/or decedent did not suffer any damage and/or any reasonably certain damage(s).

117.   As a fourteenth affirmative defense, Defendant asserts that Plaintiffs' alleged damages, if any exist, were not proximately caused by the conduct of Defendant, as alleged or otherwise.

118.   As a fifteenth affirmative defense, Defendant asserts that Plaintiffs' claims are barred because Plaintiffs lack standing.

119.   As a sixteenth affirmative defense, Defendant asserts that Plaintiffs' claims are barred by the doctrine of collateral estoppel and/or res judicata.

120.   As a seventeenth affirmative defense, Defendant asserts that at no time relevant to this litigation was the Due Process Clause of the United States Constitution implicated because the conduct of Defendant and the subject peace officers was, at most, a mere negligent act of an official causing unintended loss of or injury to life, liberty or property and the Plaintiffs are therefore precluded from maintaining their claims or causes of action for violations of civil rights.

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

121.   As an eighteenth affirmative defense, Defendant asserts that at the time and place of the incident described in the First Amended Complaint on file herein, and prior thereto, the Plaintiffs and/or decedent did not exercise ordinary care, caution or prudence to avoid or prevent the incident described in said First Amended Complaint, and that said incident and damages, if any, sustained by the Plaintiffs in this action were proximately caused by the active or primary fault, carelessness, or negligence of the Plaintiffs and/or decedent.

122.   As a nineteenth affirmative defense, Defendant asserts that it and its peace officer employees are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: Government Code §§ 815, 815.2, 815.4, 815.6, 818, 818.2, 818.4, 818.6, 820, 820.2, 820.4, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 822.2, 830.2, 830.5, 830.6, 835, 835.2, 835.4, 840, 840.2, 840.4, 840.6, 844.6, 845, 845.2, 845.6, 845.8, 846, 855.6, 855.8, 856 and 856.4; Civil Code §§ 43.55 and 47; and Penal Code §§836 and 1389, et seq., among others.

123.   As a twentieth affirmative defense, Defendant asserts that a public entity is not liable for an injury, whether such injury arises out of an act or omission of the public entity or a public employee or any other person except as otherwise provided by statute.

124.   As a twenty-first affirmative defense, Defendant asserts that there is no liability as any and all mandatory duties were discharged with reasonable diligence pursuant to Government Code § 815.6.

125.   As a twenty-second affirmative defense, Defendant asserts that any and all acts or omissions complained of were discretionary; therefore there is no liability pursuant to Government Code § 820.2.

///

///

///

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

126.    As a twenty-third affirmative defense, Defendant asserts that at the time and place that Plaintiffs sustained their alleged injuries and damages, Plaintiffs and/or decedent knowingly, willingly and voluntarily assumed the risks and hazards incident to their activity at the time and place mentioned in the First Amended Complaint, with full knowledge of said risks and hazards, and that said risks and hazards proximately caused and contributed to Plaintiffs' alleged injuries and damages.

127.    As a twenty-fourth affirmative defense, Defendant asserts that probable cause and/or a good faith belief that probable cause existed for the arrest, detention, search and/or investigation of decedent, throughout the incident and events referred to in the First Amended Complaint.

128.    As a twenty-fifth affirmative defense, Defendant asserts that the acts complained of by Plaintiffs were provoked by unlawful and wrongful conduct of decedent, in that he willfully, maliciously, unlawfully, wrongfully and/or negligently resisted, delayed, obstructed, and otherwise interfered with the lawful orders of law enforcement officials, and purposefully resisted the detention, arrest and/or investigatory orders.

129.    As a twenty-sixth affirmative defense, Defendant asserts that, at all times mentioned in the First Amended Complaint, decedent was the subject of a lawful detention, search, seizure, investigation and/or arrest.

130.    As a twenty-seventh affirmative defense, Defendant asserts that any and all of the searches and/or seizures referred to in the First Amended Complaint were conducted in good faith and in a reasonable manner and/or with the consent of the decedent.

///
///
///
///

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

131.   As a twenty-eighth affirmative defense, Defendant asserts that the acts of the law enforcement officials, as alleged in the First Amended Complaint, were privileged pursuant to <u>Penal Code</u> § 836, in that the law enforcement officials had reasonable cause to believe that a public offense and/or misdemeanor had been committed in their presence by decedent, and decedent failed and refused to comply with the lawful orders of law enforcement officials.

132.   As a twenty-ninth affirmative defense, Defendant asserts that at all times relevant to this litigation, the law enforcement officials acted objectively reasonable under the circumstances, and used reasonable force in self-defense.

133.   As a thirtieth affirmative defense, Defendant asserts that at all times relevant to this litigation, the law enforcement officials acted objectively reasonable under the circumstances, and used reasonable force in defense of others.

134.   As a thirty-first affirmative defense, Defendant asserts that at all times relevant to this litigation, the law enforcement officials acted objectively reasonable under the circumstances, and used reasonable force in overcoming resistance.

135.   As a thirty-second affirmative defense, Defendant asserts that at all times relevant to this litigation, the law enforcement officials acted objectively reasonable under the circumstances, and used reasonable force in preventing escape.

136.   As a thirty-third affirmative defendant, Defendant asserts that it did not owe a duty to Plaintiffs and/or decedent as described in Plaintiffs' First Amended Complaint.

137.   As a thirty-fourth affirmative defense, Defendant asserts that Plaintiffs' claims are barred, in whole or in part, by the doctrines of comparative negligence and/or contributory negligence.

138.   This Defendant reserves the right to amend this Answer to include additional affirmative defenses that may become known.

///

///

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES

1          WHEREFORE, this Defendant prays as follows:

2          1.      That the Plaintiffs take nothing by way of their First Amended

3    Complaint.

4          2.      That this Defendant recovers the costs of suit incurred herein.

5          3.      That this Defendant recovers its reasonable attorney's fees incurred

6    herein.

7          4.      That the Court award such other and further relief as it deems just and

8    proper.

9

10   DATED:  March 15, 2021          CARPENTER, ROTHANS & DUMONT LLP

11

12

13                                    By: _____/s/_____

14                                         STEVEN J. ROTHANS
                                           JONATHAN D. REDFORD
15                                         Attorneys for Defendant CITY OF
                                           SOUTH GATE, a public entity
16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COMPLAINT FOR DAMAGES

1

## **DEMAND FOR JURY TRIAL**

2

Pursuant to Local Rule 38-1, Defendant CITY OF SOUTH GATE hereby

3

demands a jury trial as provided in Rule 38(b) of the <u>Federal Rules of Civil</u>

4

<u>Procedure</u>.

5

6

DATED:  March 15, 2021          CARPENTER, ROTHANS & DUMONT LLP

7

8

9

By: _____/s/_____

10

STEVEN J. ROTHANS

JONATHAN D. REDFORD

11

Attorneys for Defendant CITY OF

SOUTH GATE, a public entity

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT CITY OF SOUTH GATE'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COMPLAINT FOR DAMAGES