Shahrad Milanfar (SBN 201126)
smilanfar@milanfarlaw.com
Donavon Sawyer (SBN 302560)
dsawyer@milanfarlaw.com
**MILANFAR LAW FIRM, P.C.**
925 Ygnacio Valley Road, Suite 103C
Walnut Creek, CA 94596
Telephone: (925) 433-6003
Facsimile: (925) 433-6004

Attorneys for Plaintiffs
ROSEMARIE MENDOZA; ARTHUR MENDOZA;
JESSICA MENDOZA; MICHAEL YANKEE MENDOZA, a minor,
by and through his Guardian Ad Litem MARIE CRUZ GONZALES;
and YVETTE MADIE MENDOZA, a minor, by and through her
Guardian Ad Litem MARIE CRUZ GONZALES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE MENDOZA; ARTHUR MENDOZA; JESSICA MENDOZA; MICHAEL YANKEE MENDOZA, a minor, by and through his Guardian Ad Litem MARIE CRUZ GONZALES; and YVETTE MADIE MENDOZA, a minor, by and through her Guardian Ad Litem MARIE CRUZ GONZALES<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; CITY OF SOUTH GATE; SOUTH GATE POLICE DEPARTMENT; EDWARD BOLAR; JOSE GONZALEZ; KENNETH HALEY, AARON SOSA; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00786 VAP (RAOx)<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF THEIR REQUEST FOR AN EXPEDITED PRE-TRIAL CONFERENCE VIA ZOOM**<br><br>Complaint Filed: January 28, 2021<br>Trial Date: March 29, 2022 |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT,** pursuant to Local Rule 7-16, Plaintiffs Rosemarie Mendoza, Arthur Mendoza, Jessica Mendoza, Michael Yankee Mendoza, by and through his Guardian Ad Litem, Marie Cruz Gonzales, and Yvette Madie Mendoza, by and through her

-1-

Guardian Ad Litem, Marie Cruz Gonzales (hereinafter "Plaintiffs"), hereby withdraw their Request For An Expedited Pre-Trial Conference via Zoom, and to impose sanctions on Defendant City of South Gate (hereinafter "Defendant"). On February 24, 2022, Plaintiffs filed their request, supporting declaration, and lodged their proposed order with this Court (Docket No. 46, 46-1, and 46-2). On Friday afternoon, February 25, 2022, Plaintiffs' counsel's office received the missing settlement check and has deposited it in the bank. The funds are currently being cleared by the bank. As soon as the funds are released, Plaintiffs' counsel will coordinate the filing of the stipulation for dismissal with defense counsel.

Dated: February 28, 2022        MILANFAR LAW FIRM

By:   /s/ Shahrad Milanfar
Shahrad Milanfar
Donavon J. Sawyer
Attorneys for Plaintiffs
ROSEMARIE MENDOZA; ARTHUR MENDOZA; JESSICA MENDOZA; MICHAEL YANKEE MENDOZA, a minor, by and through his Guardian Ad Litem MARIE CRUZ GONZALES;
and YVETTE MADIE MENDOZA, a minor, by and through her Guardian Ad Litem MARIE CRUZ GONZALES

**CERTIFICATE OF SERVICE**
*Rosemarie Mendoza, et al. v. City of Los Angeles, et al.*
U.S.D.C. Central District, Case No.: 2:21-cv-00786 VAP (RAOx)

I, Summer Mathur, declare that I am, and was at the time of service of the documents herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of Contra Costa, State of California. My business address is 925 Ygnacio Valley Road, Suite 103 C, Walnut Creek, California 94596, United States.

On **February 28, 2022**, I served true copies of the following document(s) described as:

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF THEIR REQUEST FOR AN EXPEDITED PRE-TRIAL CONFERENCE VIA ZOOM**

on the interested parties in this action as follows:

**SERVICE LIST**
*Rosemarie Mendoza, et al. v. City of Los Angeles, et al.*
U.S.D.C. Central District, Case No.: 2:21-cv-00786 VAP (RAOx)

<u>XX</u>   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 28, 2022**, at Walnut Creek, California.

                                    /s/ Summer Mathur
                                      Summer Mathur

**Milanfar Law Firm, PC**

925 Ygnacio Valley Road, Suite 103C
Walnut Creek, CA 94596
925-433-6003

-1-
CERTIFICATE OF SERVICE