**STEVEN J. ROTHANS** – State Bar No. 106579
**JONATHAN D. REDFORD** – State Bar No. 230389
**CARPENTER, ROTHANS & DUMONT LLP**
500 South Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400
(213) 228-0401 [Fax]
srothans@crdlaw.com; jredford@crdlaw.com

Attorneys for Defendants CITY OF SOUTH GATE, a public entity,
and OFFICER EDWARD BOLAR, OFFICER
JOSE GONZALEZ, OFFICER KENNETH HALEY and
OFFICER AARON SOSA, public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE MENDOZA; ARTHUR MENDOZA; JESSICA MENDOZA; MICHAEL YANKEE MENDOZA, a minor, by and through his Guardian Ad Litem MARIE CRUZ GONZALES; and YVETTE MADIE MENDOZA, a minor, by and through her Guardian Ad Litem MARIE CRUZ GONZALES,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; CITY OF SOUTH GATE; SOUTH GATE POLICE DEPARTMENT; EDWARD BOLAR; JOSE GONZALEZ; KENNETH HALEY; AARON SOSA; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00786-VAP-RAO<br><br>U.S. District Court Judge Virginia A. Phillips<br><br>**STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION**<br><br>Fed.R.Civ.P. 41(a)(1)<br><br>*[FILED CONCURRENTLY WITH PROPOSED ORDER]* |

1  IT IS HEREBY STIPULATED by and among the parties hereto, by and
2  through their respective counsel of record, that this matter be dismissed in its entirety
3  as to all Defendants with prejudice, pursuant to Fed. R.Civ. P. 41(a)(1). All parties
4  waive any right to seek any costs and attorney's fees.

6  IT IS SO STIPULATED.

9  DATED: March 7, 2022         MILANFAR LAW FIRM, P.C.

                                By:  */s/: Shahrad Milanfar*
                                     SHAHRAD MILANFAR
                                     DONAVON SAWYER
                                     Attorneys for Plaintiffs
                                     ROSEMARIE MENDOZA, ARTHUR
                                     MENDOZA, JESSICA MENDOZA,
                                     MICHAEL YANKEE MENDOZA,
                                     a minor, and YVETTE MADIE
                                     MENDOZA, a minor

18  DATED: March 7, 2022        CARPENTER, ROTHANS & DUMONT LLP

                                By: */s/: Jonathan D. Redford*
                                     STEVEN J. ROTHANS
                                     JONATHAN D. REDFORD
                                     Attorneys for Defendants CITY OF SOUTH
                                     GATE, OFFICER EDWARD BOLAR,
                                     OFFICER JOSE GONZALEZ, OFFICER
                                     KENNETH HALEY and OFFICER
                                     AARON SOSA