JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE MENDOZA; ARTHUR MENDOZA; JESSICA MENDOZA; MICHAEL YANKEE MENDOZA, a minor, by and through his Guardian Ad Litem MARIE CRUZ GONZALES; and YVETTE MADIE MENDOZA, a minor, by and through her Guardian Ad Litem MARIE CRUZ GONZALES, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES; CITY OF SOUTH GATE; SOUTH GATE POLICE DEPARTMENT; EDWARD BOLAR; JOSE GONZALEZ; KENNETH HALEY; AARON SOSA; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 2:21-cv-00786-VAP-RAO <br><br> **ORDER RE STIPULATION TO DISMISS WITH PREJUDICE ENTIRE ACTION** |

**ORDER**

AFTER GOOD CAUSE BEING SHOWN:

IT IS HEREBY ORDERED that the above-entitled mater is dismissed in its entirety as to all Defendants with prejudice, pursuant to Fed. R.Civ. P. 41(a)(1). All parties waive any right to seek any costs and attorney's fees.

IT IS SO ORDERED.

DATED: March 8, 2022

_____
Honorable Virginia A. Phillips
United States District Court Judge